UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Case No. 2:19-cv-03806-DRH-SIL
Plaintiff, :
: Judge Denis R. Hurley
vs. :
:
JOHN DOE, , : :
Defendant. :
------------------------------------------------------------------X

## CLERK'S CERTIFICATE OF DEFAULT

I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on June 30, 2019, with the filing of a complaint, that an Amended Complaint was filed on April 4, 2020, a copy of the summons and Amended Complaint were duly served upon Defendant, John Doe via individual service on May 7, 2020, and proof of service was therefore filed on May 19, 2020, Doc. #15.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: Brooklyn, New York
     June 22   , 2020.        DOUGLAS C. PALMER
                                          Clerk of Court

                              By:    /s/ James J. Toritto
                                              Deputy Clerk

EXHIBIT B